| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Mary G. | United States District Court, South Carolina | 05/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, South Carolina 29306

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Partner | Lewis, Babcock & Griffin, LLP f/k/a Lewis & Babcock, LLP |
| 3. | Member | Quincunx, LLC |
| 4. | Trustee | Trust #2 |
| 5. | Member | L&B Holdings, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Withdrawal agreement from Lewis, Babcock & Griffin, LLP (f/k/a Lewis & Babcock, LLP) entered on June 20, 2012. See Part VIII for terms. |
| 2. | 2012 | Agreement with L&B Holding, LLC. See Part VIII for terms. |
| 3. | 2012 | Participant in the Lewis, Babcock & Griffin, LLP 401(k) Plan. |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Lewis, Babcock & Griffin, LLP - Income derived from practice of law prior to investiture; not subject to 15% rule. | $82,275.00 |
| 2. 2012 | L&B Holdings, LLC - Income derived from practice of law prior to investiture; not subject to 15% rule. | $32,260.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Lewis, Babcock & Griffin, LLP - Income derived from practice of law |
| 2. 2012 | L&B Holdings, LLC - Income derived from practice of law |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill Lynch Wealth Management) | Line of Credit | N |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J–P) | (2) Value Method Code 3 (Q–W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J–P) | (4) Gain Code 1 (A–H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Lewis, Babcock & Griffin, LLP f/k/a Lewis & Babcock, LLP | F | Distribution | | | Sold | 6/20/12 | J | | |
| 3. Quincunx, LLC. member of LLC(H) | D | Distribution | L | W | | | | | |
| 4. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 5. Congaree Hunt Club, partnership interest | A | Distribution | M | W | | | | | |
| 6. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 7. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 8. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 9. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 11. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 12. Investment Rental property, Columbia, SC | D | Rent | M | W | | | | | |
| 13. Individual Retirement Accounts (H) | C | Int./Div. | M | T | | | | | |
| 14. - SPDR Gold Trust | | | | | Buy (add'l) | 10/22/12 | J | | |
| 15. - Cash in Bank - SCB&T | | | | | | | | | |